Robert W. Dickerson, Jr. (CA State Bar No. 89367)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:    (213) 236-0600
Facsimile:    (213) 236-2700
Email:        rdickerson@bwslaw.com

*Attorney for Plaintiff Rumble, Inc.*

John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029
Email:        jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RUMBLE, INC.,<br><br>                              Plaintiff,<br><br>         v.<br><br>GOOGLE LLC and DOES 1-10, inclusive,<br><br>                              Defendants. | Case No. 4:21-cv-00229-HSG<br><br>**STIPULATED ORDER REGARDING CASE DEADLINES (as modified)**<br><br>Judge:        Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Rumble, Inc. ("Plaintiff") and Defendant Google LLC ("Defendant") stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on January 11, 2021 (Dkt. 1);

WHEREAS, Plaintiff and Defendant are the only two parties to this matter at this time;

WHEREAS, Plaintiff and Defendant filed a joint stipulation on January 26, 2021 (Dkt. 13) extending Defendant's deadline to file its response to the Complaint to March 12, 2021;

WHEREAS, the parties have previously requested no other extensions;

WHEREAS, Defendant partially moved to dismiss the Complaint on March 12, 2021 (Dkt. 16);

WHEREAS, in light of Defendant's arguments and to seek to streamline the issues in dispute, Plaintiff wishes to amend the Complaint;

WHEREAS, the current deadline for an amendment under Fed. R. Civ. P. 15(a)(1)(B) is April 2, 2021;

WHEREAS, Plaintiff seeks an extension of such deadline, until April 30, 2021, given the nature of the case, the pending Motion to Dismiss, and other good cause;

WHEREAS, this is the first request for an extension of Plaintiff's deadline to amend pursuant to Fed. R. Civ. P. 15(a)(1)(B);

WHEREAS, in light of the proposed extension of the deadline for Plaintiff to amend the Complaint and given the nature of the case, Defendant seeks additional time to respond to said amended complaint;

WHEREAS, if the Court grants Plaintiff an extension to amend the Complaint until April 30, 2021, the deadline for Defendant to respond to said amended complaint would be May 14, 2021; and

WHEREAS, Defendant seeks an extension of such deadline, until May 27, 2021, to adequately respond to Plaintiff's amended complaint;

NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective counsel hereby stipulate as follows:

1. Plaintiff shall file its amended complaint on or before April 30, 2021;

2. Defendant shall file its answer or any motion to dismiss said amended complaint on or before May 27, 2021;

3. The deadlines for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery planning, and for the parties to file their ADR Certification shall be continued and reset for June 25, 2021;

4. The deadlines for the parties to file the Joint Case Management Conference Statement and for Defendant to file its initial disclosures shall be continued and reset for July 20, 2021;

5. The Case Management Conference shall be continued for approximately 90 days, and reset for July 27, 2021 at 2:00 pm, or at such other date and time as set by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 23, 2021

Respectfully submitted,

By: /s/ Robert W. Dickerson, Jr.

Robert W. Dickerson, Jr. (CA State Bar No. 89367)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:   (213) 236-0600
Facsimile:    (213) 236-2700
Email:           rdickerson@bwslaw.com

*Attorney for Plaintiff Rumble, Inc.*

By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029
Email:           jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

# ATTESTATION

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel of record have concurred in this filing.

/s/ John E. Schmidtlein
John E. Schmidtlein

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Plaintiff shall file its amended complaint on or before April 30, 2021;
2. Defendant shall file its answer or any motion to dismiss said amended complaint on or before May 27, 2021;
3. The deadlines for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery planning, and for the parties to file their ADR Certification shall be continued and reset for June 10, 2021;
4. The deadlines for the parties to file the Joint Case Management Conference Statement and for Defendant to file its initial disclosures shall be continued and reset for June 22, 2021;
5. The Case Management Conference shall be continued, and reset for June 29, 2021 at 2:00 pm.

Date: 3/23/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge