Robert W. Dickerson, Jr. (CA State Bar No. 89367)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:     (213) 236-0600
Facsimile:     (213) 236-2700
Email:         rdickerson@bwslaw.com

*Attorney for Plaintiff Rumble, Inc.*

John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:     (202) 434-5000
Facsimile:     (202) 434-5029
Email:         jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RUMBLE, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 4:21-cv-00229-HSG<br><br>**STIPULATED ORDER REGARDING CASE DEADLINES**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Rumble, Inc. ("Plaintiff") and Defendant Google LLC ("Defendant") stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on January 11, 2021 (Dkt. 1);

WHEREAS, Plaintiff and Defendant are the only two parties to this matter at this time;

WHEREAS, Plaintiff and Defendant filed a joint stipulation on January 26, 2021 (Dkt. 13) extending Defendant's deadline to file its response to the Complaint to March 12, 2021;

WHEREAS, Defendant partially moved to dismiss the Complaint on March 12, 2021 (Dkt. 16);

WHEREAS, the Court entered a Stipulated Order on March 23, 2021 (Dkt. 20) extending Plaintiff's deadline to file its amended complaint and setting a new case schedule;

WHEREAS, Plaintiff filed its First Amended Complaint on April 30, 2021;

WHEREAS, the current deadline for Defendant to file its answer or any motion concerning the First Amended Complaint is May 27, 2021.

WHEREAS, Defendant seeks an extension of such deadline, until June 16, 2021, given the number of additional allegations in the First Amended Complaint, in order to decide whether to answer the First Amended Complaint or file a motion concerning the First Amended Complaint;

WHEREAS, in light of the proposed extension of the deadline for Defendant to file any motion concerning the First Amended Complaint, Plaintiff seeks a commensurate extension of time to file its opposition to any motion concerning the First Amended Complaint;

WHEREAS, the parties currently seek no other extensions of the deadlines set forth in the March 23, 2021 Stipulated Order.

NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective counsel hereby stipulate, subject to the Court's approval, as follows:

1. Defendant shall file its answer or any motion concerning the First Amended Complaint on or before June 16, 2021;
2. Plaintiff shall file its opposition to any motion Defendant files concerning the First Amended Complaint on or before July 14, 2021;

1    3.  The other deadlines set by the Court in its March 23, 2021 Stipulated Order shall remain in
2        effect.
3  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
4  DATED:  May 13, 2021                    Respectfully submitted,

By: /s/ Robert W. Dickerson, Jr.

Robert W. Dickerson, Jr. (CA State Bar No. 89367)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:     (213) 236-0600
Facsimile:      (213) 236-2700
Email:           rdickerson@bwslaw.com

*Attorney for Plaintiff Rumble, Inc.*

By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:     (202) 434-5000
Facsimile:      (202) 434-5029
Email:           jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

- 3 -

**ATTESTATION**

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel of record have concurred in this filing.

/s/ John E. Schmidtlein
John E. Schmidtlein

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 5/14/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge