Robert W. Dickerson, Jr. (CA State Bar No. 89367)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:	(213) 236-0600
Facsimile:	(213) 236-2700
Email:	rdickerson@bwslaw.com

*Attorney for Plaintiff Rumble, Inc.*

John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:	(202) 434-5000
Facsimile:	(202) 434-5029
Email:	jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RUMBLE, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>GOOGLE LLC and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 4:21-cv-00229-HSG<br><br>**FIFTH STIPULATED ORDER REGARDING CASE DEADLINES**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to Civil Local Rule 6-2(a), Plaintiff Rumble, Inc. ("Plaintiff") and Defendant Google
2  LLC ("Defendant") stipulate as follows:
3  WHEREAS, Plaintiff filed its Complaint on January 11, 2021 (Dkt. 1);
4  WHEREAS, Plaintiff and Defendant are the only two parties to this matter;
5  WHEREAS, Plaintiff and Defendant filed a joint stipulation on January 26, 2021 (Dkt. 13)
6  extending Defendant's deadline to file its response to the Complaint to March 12, 2021;
7  WHEREAS, Defendant partially moved to dismiss the Complaint on March 12, 2021 (Dkt.
8  16);
9  WHEREAS, the Court entered a Stipulated Order on March 23, 2021 (Dkt. 20) extending
10 Plaintiff's deadline to file its amended complaint and setting a new case schedule, including a deadline
11 of June 22, 2021 for the service of initial disclosures;
12 WHEREAS, Plaintiff filed its First Amended Complaint on April 30, 2021 (Dkt. 21);
13 WHEREAS, the Court entered a Stipulated Order on May 14, 2021 (Dkt. 23) extending
14 Defendant's deadline to file its answer or any motion concerning the First Amended Complaint until
15 June 16, 2021, and the deadline for Plaintiff to file its opposition thereto until July 14, 2021;
16 WHEREAS, Defendant filed a partial motion to dismiss and a motion to strike certain
17 allegations in Plaintiff's First Amended Complaint on June 16, 2021 (Dkt. 32), and Plaintiff filed an
18 opposition on July 14, 2021 (Dkt. 41);
19 WHEREAS, the parties filed a joint stipulation on June 21, 2021 (Dkt. 39) seeking an extension
20 of several case deadlines, including the deadline for serving initial disclosures;
21 WHEREAS, the Court entered an Order on June 22, 2021 (Dkt. 40) extending the deadline for
22 Defendant to file its reply in support of its partial motion to dismiss and motion to strike until August
23 13, 2021; continuing and resetting the initial case management conference for September 9, 2021; and
24 directing the parties to submit a joint case management statement by September 2, 2021; but not setting
25 an extended deadline for the service of initial disclosures;
26 WHEREAS, the parties jointly seek to extend the deadline for the service of initial disclosures.
27
28

1  NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties through their respective
2  counsel hereby stipulate, subject to the Court's approval, as follows:
3  1. Both parties shall serve their initial disclosures along with the Joint Case Management
4  Conference Statement on or before September 2, 2021.
5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6  DATED: July 19, 2021                Respectfully submitted,

7                                       By: /s/ Robert W. Dickerson, Jr.

8                                       Robert W. Dickerson, Jr. (CA State Bar No. 89367)
                                        BURKE, WILLIAMS & SORENSEN, LLP
9                                       444 South Flower Street, Suite 2400
                                        Los Angeles, CA  90071-2953
10                                      Telephone:    (213) 236-0600
                                        Facsimile:    (213) 236-2700
11                                      Email:        rdickerson@bwslaw.com

12                                      *Attorney for Plaintiff Rumble, Inc.*

13                                      By: /s/ John E. Schmidtlein
                                        John E. Schmidtlein (CA State Bar No. 163520)
14                                      WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
15                                      Washington, DC 20005
                                        Telephone:    (202) 434-5000
16                                      Facsimile:    (202) 434-5029
                                        Email:        jschmidtlein@wc.com
17
                                        *Attorney for Defendant Google LLC*

- 3 -

**ATTESTATION**

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel of record have concurred in this filing.

/s/ John E. Schmidtlein
John E. Schmidtlein

- 4 -

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 7/20/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge