UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-00229-HSG<br><br>**PROPOSED CASE SCHEDULING ORDER**<br><br>Date:　　September 9, 2021<br>Time:　　2:00 p.m.<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

A case management conference was held on September 9, 2021. Having considered the parties' Joint Case Management Conference Statement (Dkt. No. 47) and their respective case scheduling proposals (as also set forth below), the Court SETS the following deadlines and dates pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| | Event | Plaintiff's Proposed Date | Defendant's Proposed Date | Court Ordered Date |
|---|---|---|---|---|
| 1 | Deadline for the Parties to Submit a Proposed Protective Order or Submit Dispute to Court | October 18, 2021 | October 18, 2021 | |

|   | | | | |
|---|---|---|---|---|
|   | per Joint Submission | | | |
| 2 | Deadline for the Parties to Submit a Proposed ESI Order or Submit Dispute to Court per Joint Submission | October 18, 2021 | October 18, 2021 | |
| 3 | Deadline for Defendant to file its Answer | Within 21 days of the Court's ruling on Defendant's Partial Motion to Dismiss and Motion to Strike | Within 21 days of the Court's ruling on Defendant's Partial Motion to Dismiss and Motion to Strike | |
| 4 | Fact Discovery commences | Upon entry of Court's Scheduling Order | Upon Defendant's filing of its Answer | |
| 5 | Deadline to amend pleadings or join additional parties as of right | One month after Defendant files its Answer | One month after Defendant files its Answer | |
| 6 | Deadline to Complete Fact Discovery (subject to any additional discovery allowed by Court in response to Motion to Compel filed at least 30 days prior) | January 16, 2023 | Nine months after Defendant files its Answer | |
| 7 | Deadline to File Any Fact Discovery Related Motions | January 31, 2023 | One month after the Fact Discovery completion deadline | |
| 8 | Deadline for Plaintiff to Serve Disclosures for ExpertWitnesses | February 14, 2023 | Six weeks after the Fact Discovery completion deadline | |

| | | | | |
|---|---|---|---|---|
| 9 | Deadline for Defendant to Serve Disclosures for Expert Witnesses (Replies not allowed without leave of Court for good cause) | May 15, 2023 | Three months after the filing of opening expert disclosures | |
| 10 | Deadline to Complete Expert Discovery (subject to any additional discovery allowed by Court in response to Motion to Compel) | September 15, 2023 | Four months after the filing of rebuttal expert disclosures | |
| 11 | Deadline to File Any Expert Discovery Related Motions | September 29, 2023 | Defendant suggests this deadline is unnecessary. | |
| 12 | Deadline to File Dispositive and/or *Daubert* Motions | December 18, 2023 | Two months after the close of expert discovery. | |
| 13 | Deadline to File Oppositions to Dispositive and/or *Daubert* Motions | January 29, 2024 | 45 days after a Dispositive Motion is filed | |
| 14 | Deadline to File Replies in Support of Dispositive and/or *Daubert* Motions | February 26, 2024 | 30 days after an opposition to a Dispositive Motion is filed | |
| 15 | Pretrial Meet & Confer of Counsel Per Court's Civil Pretrial and Trial Standing Order ("PT&T Order") | To be determined once PreTrial and Trial dates set | | |
| 16 | Exchange of "Evidence" as specified in the PT&T Order | To be determined once PreTrial and Trial dates set | | |

| | | | | |
|---|---|---|---|---|
| 17 | Serve Objections to Evidence | To be determined once PreTrial and Trial dates set | | |
| 18 | File Joint Pretrial Statement and Proposed Order addressing all matters per PT&T Order | To be determined once PreTrial and Trial dates set | | |
| 19 | Meet & Confer re Motions in Limine, Jury Instructions, Voir Dire, Statement of the Case and Verdict Form(s) per PT&T Order | To be determined once PreTrial and Trial dates set | | |
| 20 | File Motions in Limine | To be determined once PreTrial and Trial dates set | | |
| 21 | File Oppositions to Motions in Limine | To be determined once PreTrial and Trial dates set | | |
| 22 | Hearing on Motions in Limine and Objections to Evidence at PreTrial Conference or other date the Court may set (per PT&C Order) | | | |
| 23 | Meet & Confer re stipulations to admissibility, authenticity and foundation re Exhibits per PT&T Order | To be determined once PreTrial and Trial dates set | | |

| 24 | File Trial Brief (not required, not longer than 5 pages if filed) | At least 7 days before trial | | |
|---|---|---|---|---|
| 25 | Final Pretrial Conference | Plaintiff suggests in March or April 2024 | | |
| 26 | Trial | Plaintiff suggests in March or April 2024 | Defendant suggests four months after the Court rules on any dispositive motion. | |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED:**

September ____, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP

LA #4826-5978-3929 v1

- 5 -

4:21-CV-00229-HSG
CASE SCHEDULING ORDER