Robert W. Dickerson, Jr. (SBN 89367)
E-mail: rdickerson@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Patricia L. Peden (SBN 206440)
E-mail: ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, California 94612-3501
Tel: 510-273-8780
Fax: 510-839-9104

Allan W. Jansen (SBN 81992)
E-mail: ajansen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363
Fax: 949.863.3350

Attorneys for Plaintiff
RUMBLE, INC.

Jack G. Stern
*Admitted Pro Hac Vice*
jack.stern@cwt.com
Nicholas A. Gravante, Jr
*Admitted Pro Hac Vice*
nicholas.gravante@cwt.com
Philip J. Iovieno
*Admitted Pro Hac Vice*
philip.iovieno@cwt.com
CADWALADER, WICKERSHAM
& TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Attorneys for Plaintiff
RUMBLE, INC.

John E. Schmidtlein (SBN 163520)
E-mail: jschmidtlein@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Attorney for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 4:21-cv-00229-HSG<br><br>**STIPULATION RE REVISED PROPOSED CASE SCHEDULING ORDER**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's Minute Order [Dkt. 60], counsel for the parties have met, conferred and agreed upon a Revised Proposed Case Scheduling Order as set

forth below.

The parties, through counsel, hereby stipulate to entry by the Court of the concurrently-filed Revised Proposed Case Scheduling Order, and respectfully request that the Court enter it as jointly proposed.

|   | Event | Jointly Proposed Date[1] | Court Ordered Date |
|---|---|---|---|
| 1 | Deadline for Defendant to file its Answer to the First Amended Complaint | September 9, 2022 | |
| 2 | Fact Discovery commences | September 9, 2022 | |
| 3 | Deadline for the Parties to Submit a Proposed Protective Order or Submit Dispute to Court per Joint Submission | September 19, 2022 | |
| 4 | Deadline for the Parties to Submit a Proposed ESI Order or Submit Dispute to Court per Joint Submission | September 19, 2022 | |
| 5 | Deadline for the Parties to Submit a Proposed Remote Deposition Protocol Order or Submit Dispute to Court per Joint Submission | September 19, 2022 | |
| 6 | Deadline to amend pleadings or join additional parties as of right | October 21, 2022 [Friday] | |
| 7 | Deadline to Complete Fact Discovery (subject to any additional discovery allowed by Court in response to Motion to Compel filed at least 30 days prior) | December 15, 2023 [Friday] | |

---

[1] If any of these proposed dates become unworkable as the litigation progresses, the parties will meet and confer on any scheduling complications in an attempt to reach agreement.

| | | | |
|---|---|---|---|
| 8 | Deadline for Parties to Serve Disclosures for Expert Witnesses and Expert Reports | January 26, 2024 [Friday] | |
| 9 | Deadline for Parties to Serve Rebuttal Expert Reports (Replies not allowed without leave of Court for good cause) | March 15, 2024 [Friday] | |
| 10 | Deadline to Complete Expert Discovery (subject to any additional discovery allowed by Court in response to Motion to Compel) | May 17, 2024 [Friday] | |
| 11 | Deadline to File Dispositive and/or *Daubert* Motions | June 14, 2024 [Friday] | |
| 12 | Deadline to File Oppositions to Dispositive and/or *Daubert* Motions | July 26, 2024 [Friday] | |
| 13 | Deadline to File Replies in Support of Dispositive and/or *Daubert* Motions | August 30, 2024 [Friday] | |
| 14 | Pretrial Meet & Confer of Counsel Per Court's Civil Pretrial and Trial Standing Order ("PT&T Order") | To be determined once PreTrial and Trial dates set | |
| 15 | Exchange of "Evidence" as specified in the PT&T Order | To be determined once PreTrial and Trial dates set | |
| 16 | Serve Objections to Evidence | To be determined once PreTrial and Trial dates set | |
| 17 | File Joint Pretrial Statement and Proposed Order addressing all matters per PT&T Order | To be determined once PreTrial and Trial dates set | |
| 18 | Meet & Confer re Motions in Limine, Jury Instructions, Voir Dire, Statement of the Case and Verdict Form(s) per PT&T Order | To be determined once PreTrial and Trial dates set | |

| | | | |
|---|---|---|---|
| 19 | File Motions in Limine | To be determined once PreTrial and Trial dates set | |
| 20 | File Oppositions to Motions in Limine | To be determined once PreTrial and Trial dates set | |
| 21 | Hearing on Motions in Limine and Objections to Evidence at PreTrial Conference or other date the Court may set (per PT&T Order) | To be set by Court | |
| 22 | Meet & Confer re stipulations to admissibility, authenticity and foundation re Exhibits per PT&T Order | To be determined once PreTrial and Trial dates set | |
| 23 | File Trial Brief (not required, not longer than 15 pages if filed) | At least 10 days before trial | |
| 24 | Final Pretrial Conference | Parties suggest one month after the Court rules on any and all dispositive motion(s). | |
| 25 | Trial | Parties suggest trial begin<br><br>November 4, 2024<br>[Monday] | |

SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated: September 9, 2022         BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ *Robert W. Dickerson Jr.*
       Robert W. Dickerson, Jr.

Attorneys for Plaintiff
RUMBLE, INC.

[signatures continued next page]

| | | |
|---|---|---|
| 1 | Dated: September 9, 2022 | CADWALADER, WICKERSHAM & TAFT LLP |
| 2 | | |
| 3 | | By: */s/ Jack G. Stern* |
| 4 | | Jack G. Stern<br>*Admitted Pro Hac Vice* |
| 5 | | Attorneys for Plaintiff<br>RUMBLE, INC. |
| 6 | | |
| 7 | Dated: September 9, 2022 | WILLIAMS & CONNOLLY LLP |
| 8 | | |
| 9 | | By: */s/ John E. Schmidtlein*<br>John E. Schmidtlein |
| 10 | | Attorneys for Defendant<br>GOOGLE LLC |

## **ATTESTATION**

I, Robert W. Dickerson, Jr., am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

/s/ *Robert W. Dickerson, Jr.*