1
2
3
4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7     RUMBLE, INC.,                          Case No.  21-cv-00229-HSG

8                    Plaintiff,              **SCHEDULING ORDER**

9           v.

10    GOOGLE LLC,

11                   Defendant.

12

13        A case management conference was held on August 30, 2022.  Having considered the

14    parties' proposal, *see* Dkt. No. 61, the Court **SETS** the following deadlines pursuant to Federal

15    Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16

17    | Event | Deadline |
      |---|---|
18    | Amendment of Pleadings/ Joinder | October 21, 2022 |
      | Close of Fact Discovery | December 15, 2023 |
19    | Exchange of Opening Expert Reports | January 26, 2024 |
      | Exchange of Rebuttal Expert Reports | April 8, 2024 |
20    | Close of Expert Discovery | April 10, 2024 |
21    | Dispositive Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
22    | Pretrial Conference | September 24, 2024, at 3:00 p.m. |
23    | Jury Trial (14 days) | November 4, 2024, at 8:30 a.m. |

24
25    //
26    //
27    //
28    //

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates docket no. 61.

**IT IS SO ORDERED.**

Dated:   9/16/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge