# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RUMBLE, INC. | CASE No C  4:21-cv-00229-HSG |
| Plaintiff(s) | |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| GOOGLE LLC and DOES 1-10 | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☑ **Private ADR** (*specify process and provider*)
  Mediation: Provider TBD

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

- ☑ other requested deadline:  March 29, 2024

Date: September 9, 2022          /Robert W. Dickerson/
                                 _____
                                 Attorney for Plaintiff
Date: September 9, 2022          /John E. Schmidtlein/
                                 _____
                                 Attorney for Defendant

☑ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   10/17/2022          *Haywood S. Gill Jr.*
                            U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*