John E. Schmidtlein (CA SBN 163520)
Stephen J. Fuzesi (admitted *pro hac vice*)
Benjamin M. Greenblum (admitted *pro hac vice*)
Michaela S. Wilkes Klein (admitted *pro hac vice*)
Jesse T. Clay (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
sfuzesi@wc.com
bgreenblum@wc.com
mwilkesklein@wc.com
jclay@wc.com

David H. Kramer (CA SBN 168452)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:21-cv-00229-HSG (LJC)<br><br>**DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE REPLY LETTER BRIEF**<br><br>Judge:    Hon. Lisa J. Cisneros |

1  In light of Plaintiff's material changes in position in its supplemental brief and specifically its
2  newly proposed Exhibit C (ECF No. 89), which Defendant has never had an opportunity to address,
3  Defendant Google LLC respectfully requests leave to file the attached 2-page Reply Letter Brief that
4  addresses the new positions Plaintiff has taken in its recent filing.

DATED: May 18, 2023

**WILLIAMS & CONNOLLY LLP**

By: *John E. Schmidtlein*
John E. Schmidtlein (CA State Bar No. 163520)
Stephen J. Fuzesi (admitted *pro hac vice*)
Benjamin M. Greenblum (admitted *pro hac vice*)
Michaela S. Wilkes Klein (admitted *pro hac vice*)
Jesse T. Clay (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com
         sfuzesi@wc.com
         bgreenblum@wc.com
         mwilkesklein@wc.com
         jclay@wc.com

David H. Kramer (CA SBN 168452)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  dkramer@wsgr.com

*Attorneys for Defendant Google LLC*