UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUMBLE, INC.,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

Case No. 21-cv-00229-HSG

**AMENDED SCHEDULING ORDER**

Having considered the parties' proposals, *see* Dkt. No. 94, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 15, 2024 |
| Exchange of Opening Expert Reports | April 29, 2024 |
| Exchange of Rebuttal Expert Reports | July 12, 2024 |
| Close of Expert Discovery | August 23, 2024 |
| Deadline for Mediation | September 27, 2024 |
| Dispositive Motion Hearing Deadline | November 7, 2024, at 2:00 p.m. |
| Pretrial Conference | January 28, 2025 at 3:00 p.m. |
| Jury Trial (14 days) | April 14, 2025, at 8:30 a.m. |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Docket No. 94.

**IT IS SO ORDERED.**

Dated:   7/14/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge