UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 21-cv-00229-HSG <br><br> **SECOND AMENDED SCHEDULING ORDER** |

A case management conference was held on January 23, 2024. Having considered the parties' proposals, *see* Dkt. No. 105, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | June 7, 2024 |
| Exchange of Opening Expert Reports | June 14, 2024 |
| Exchange of Rebuttal Expert Reports | August 2, 2024 |
| Close of Expert Discovery | October 4, 2024 |
| Deadline to file Dispositive and or Daubert Motions | October 11, 2024 |
| Dispositive and or Daubert Motions Hearing Deadline | January 23, 2025, at 2:00 p.m. |
| Pretrial Conference | April 29, 2025, at 3:00 p.m. |
| Jury Trial (14 days) | May 19, 2025, at 8:30 a.m. |

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders. This order
3   terminates Dkt. No. 105.
4   **IT IS SO ORDERED.**
5   Dated:   2/6/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge