1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

RUMBLE, INC.,

               Plaintiff,

        v.

GOOGLE LLC,

               Defendant.

Case No. 4:21-cv-00229-HSG

**CASE MANAGEMENT ORDER**

Judge:      Hon. Haywood S. Gilliam, Jr.

Pursuant to the Parties' Joint Stipulation Regarding Case Management (ECF No. 110), the Court hereby ORDERS the following:

1. Documents produced by Parties and non-Parties from their own files are presumed to be authentic within the meaning of Federal Rule of Evidence 901. Any good-faith objection to a document's authenticity must be provided with the exchange of objections to intended trial exhibits. If any Party serves a specific good-faith written objection to the document's authenticity, the presumption of authenticity will no longer apply to that document and the Parties will promptly meet and confer to attempt to resolve any authenticity objection.

2. In making disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii), the Parties need only disclose the materials relied upon by an expert in forming any opinions in his or her report.

3. No later than seven days after the service of an expert report by a Party, the Party shall produce to the other Party all materials relied upon in forming the opinions expressed in those expert reports, except for materials that are publicly available or have been previously produced by a Party or non-Party in this matter.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: 6/5/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 1 -

CASE MANAGEMENT ORDER
Case No. 4:21-cv-00229-HSG