UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 21-cv-00229-HSG   (LJC)<br><br>**ORDER SETTING HEARING RE: PENDING DISCOVERY DISPUTES**<br><br>Re: ECF No. 112, 113 |

Pending before the Court are two separate discovery disputes from the parties: (1) Second Joint Letter to the Court Regarding the DOJ Case Discovery Dispute (ECF No. 112); and (2) Joint Letter to Court Regarding Discovery Dispute (ECF No. 113).  The Court hereby specially sets a hearing on both matters for June 27, 2024, at 10:30 a.m., via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: June 14, 2024

LISA J. CISNEROS
United States Magistrate Judge