**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RUMBLE, INC.,<br><br>                  Plaintiff,<br><br>       v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 4:21-cv-00229-HSG<br><br>**ORDER (AS MODIFIED) REGARDING CASE MANAGEMENT**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br><br>Re: Dkt. No. 123 |

Pursuant to the Parties' Joint Stipulation Regarding Case Management (ECF No. 123), the Court hereby ORDERS the following:

1.  Oppositions to any dispositive and/or *Daubert* motion shall be filed on or before November 20, 2024.

2.  Replies in support of any dispositive and/or *Daubert* motion shall be filed on or before December 21, 2024.

3.  Any brief in support of or opposition to a dispositive motion shall not exceed 35 pages in length, exclusive of tables of contents and authorities.

4.  Any reply brief in support of a dispositive motion shall not exceed 20 pages in length, exclusive of tables of contents and authorities.

5.  The page limits for briefing any *Daubert* motion shall be as set forth in Civil Local Rules 7-2 and 7-3.

6.  Dispositive and/or *Daubert* motions, oppositions to such motions, replies in support of such motions, and all declarations and exhibits to such motions shall initially be filed under seal.

7.  On the same day that any dispositive and/or *Daubert* motion, opposition to such motion, reply in support of such motion, or declaration or exhibit to such motion is filed, the filing Party shall provide notice to any non-party whose Confidential or Highly Confidential information (as designated under the Protective Order (ECF No. 76)) is cited or included therein.

8.  No later than 14 days after the filing of any dispositive and/or *Daubert* motion, opposition to such motion, reply in support of such motion, or declaration or exhibit to such motion, the Parties shall file, also under seal, a joint-submission that sets forth all sealing requests and oppositions to any sealing request, and which contains the information required by Civil Local Rule 79-5(c).

9.  To the extent any non-party seeks to seal its information contained in any dispositive and/or *Daubert* motion, opposition to such motion, reply in support of such motion, or declaration or exhibit to such motion, it shall file a motion to seal containing the information required

- 1 -

by Civil Local Rule 79-5(c) no later than 14 days after the filing of the document containing the information it seeks to seal.

10. No later than 21 days after the filing of any dispositive and/or *Daubert* motion, opposition to such motion, reply in support of such motion, or declaration or exhibit to such motion, the Parties shall file a redacted document that redacts only the information sought to be sealed by a Party or non-party under the procedures set forth above.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:     9/12/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 2 -