Robert W. Dickerson, Jr.
E-mail: rdickerson@comp-techlaw.com
Allan W. Jansen (SBN 81992)
E-mail: ajansen@comp-techlaw.com
COMPETITION & TECHNOLOGY LAW GROUP LLP
11400 West Olympic, Blvd., Suite 200
Los Angeles, CA 90064
Tel: (310) 774-2337
Fax: (213) 799-3642

Nicholas A. Gravante, *Admitted Pro Hac Vice*
Email: Nicholas.gravente@cwt.com
Philip J. Iovieno, *Admitted Pro Hac Vice*
Email: philip.iovieno@cwt.com
Jack G. Stern, *Admitted Pro Hac Vice*
Email: jack.stern@cwt.com
Kristen J. McAhren, *Admitted Pro Hac Vice*
Email: kristen.mcahren@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

*Attorneys for Rumble Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RUMBLE INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:21-cv-00229-HSG (LJC) <br><br> **PLAINTIFF RUMBLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5, Plaintiff Rumble, Inc. ("Plaintiff" or "Rumble") respectfully moves the Court for leave to file under seal the following documents—each of which is attached as an exhibit hereto:

(i) <u>Exhibit 1</u>: An unredacted version of Plaintiff's Motion to Exclude Certain Expert Opinions of James Allan, Ph.D ("Allan Daubert");

(ii) <u>Exhibit 2</u>: An unredacted version of the Declaration of Robert W. Dickerson, Jr. In Support of Plaintiff's Motion To Exclude Certain Expert Opinions Of James Allan, Ph.D. ("Dickerson First Decl.");

(iii) <u>Exhibit 3</u>: An unredacted version of Exhibit A to the Dickerson First Decl.;

(iv) <u>Exhibit 4</u>: An unredacted version of Exhibit B to the Dickerson First Decl.;

(v) <u>Exhibit 5</u>: An unredacted version of Exhibit C to the Dickerson First Decl.;

(vi) <u>Exhibit 6</u>: An unredacted version of Exhibit D to the Dickerson First Decl.;

(vii) <u>Exhibit 7</u>: A [proposed] order granting Allan Daubert;

(viii) <u>Exhibit 8</u>: An unredacted version of Plaintiff's Motion Pursuant to Federal Rules of Evidence 401, 402, 403 And 702, and Memorandum in Support of Motion to Exclude Expert Testimony By Dr. Stodden ("Stodden Daubert");

(ix) <u>Exhibit 9</u>: An unredacted version of Declaration of Robert W. Dickerson, Jr. in Support of Plaintiff's Motion to Exclude Expert Testimony by Dr. Stodden ("Dickerson Second Decl.");

(x) <u>Exhibit 10</u>: An unredacted version of Exhibit A to the Dickerson Second Decl.;

(xi) <u>Exhibit 11</u>: An unredacted version of Exhibit B to the Dickerson Second Decl.;

(xii) <u>Exhibit 12</u>: An unredacted version of Exhibit C to the Dickerson Second Decl.;

(xiii) <u>Exhibit 13</u>: An unredacted version of Exhibit D to the Dickerson Second Decl.;

1  (xiv)  Exhibit 14: An unredacted version of Exhibit E to the Dickerson Second Decl.;

2  (xv)   Exhibit 15: An unredacted version of Exhibit F to the Dickerson Second Decl.;

3  (xvi)  Exhibit 16: An unredacted version of Exhibit G to the Dickerson Second Decl.;

4  (xvii) Exhibit 17: An unredacted version of Exhibit H to the Dickerson Second Decl.;

5  (xviii) Exhibit 18: An unredacted version of Exhibit I to the Dickerson Second Decl.; and

6  (xix)  Exhibit 19: A [proposed] order granting Stodden Daubert.

Rumble submits this Administrative Motion to Seal these documents because they contain information designated as "highly confidential" by Defendant Google LLC ("Google") and/or are filed in a manner consistent with the Court's Order (as Modified) Regarding Case Management (ECF No. 124) ("Scheduling Order"). The filing of this Administrative Motion should not be construed as an admission that the underlying designations are proper.

Pursuant to Civil Local Rule 79-5(e), the Submitting Party—here, Rumble—which seeks to file under seal a document designated as confidential by the opposing party pursuant to a protective order, or a document containing information so designated by an opposing party, must file an Administrative Motion to File Under Seal which identifies the document or portions thereof which contain the designated confidential material. In this case, the Scheduling Order requires all *Daubert* motions, as well as any accompanying declarations and exhibits, to initially be filed under seal. Dkt. No. 124, ¶ 6. The Scheduling Order further provides that within 14 days of the filing of the *Daubert* Motion, the Parties shall file under seal a joint-submission that specifies all sealing requests as well as any oppositions to such requests, and which contains the information required by Civil Local Rule 79-5(c). *Id.* at ¶ 8.

In accordance with Civil Local Rule 79-5(d)(1)(B), a proposed order granting this Administrative Motion to Seal is being lodged with the clerk and served on counsel for Defendant.

In light of the foregoing, Rumble respectfully requests that the Court grant this Administrative Motion to File Under Seal.

DATED: October 11, 2024

COMPETITION & TECHNOLOGY LAW GROUP
Robert W. Dickerson, Jr.
Allan W. Jansen

CADWALADER, WICKERSHAM & TAFT, LLP
Philip J. Iovieno
Jack Stern
Kristen J. McAhren

By: */s/ Robert W. Dickerson, Jr.*
Attorneys for Plaintiff Rumble, Inc.

# PROOF OF SERVICE

*Rumble Inc. v. Google LLC et al, Case No. 4:21-cv-00229-HSG (LJC)*

I, Robert W. Dickerson, Jr., declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11400 West Olympic Blvd., Suite 200, Los Angeles, CA 90064.

On October 11, 2024, I served a copy of the forgoing document on counsel for Google LLC by transmitting or causing to be transmitted via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth on the attached Service List pursuant to agreement of counsel regarding email service of documents in this matter.

I declare that I am a member of the bar of this Court, and that I have completed service by email on this day to the persons on the attached Service List.

Executed on October 11, 2024 at Los Angeles, California.

    /Robert W. Dickerson, Jr./

Robert W. Dickerson, Jr.

SERVICE LIST

*Rumble Inc. v. Google LLC et al, Case No. 4:21-cv-00229-HSG (LJC)*

| *Attorneys for Defendant*<br>GOOGLE LLC | |
|---|---|
| Schmidtlein, John<br>JSchmidtlein@wc.com<br><br>Greenblum, Benjamin<br>BGreenblum@wc.com<br><br>Fuzesi, Stephen<br>SFuzesi@wc.com<br><br>Clay, Jesse<br>JClay@WC.com<br><br>Whiteley, Daniel<br>DWhiteley@wc.com><br><br>Kramer, David<br>DKramer@wsgr.com<br><br>Youlin, Yuan<br>YYin@WC.com<br><br>GoogleRumble@wc.com | |