John E. Schmidtlein (CA SBN 163520)
Stephen J. Fuzesi (admitted *pro hac vice*)
Benjamin M. Greenblum (admitted *pro hac vice*)
Youlin Yuan (admitted *pro hac vice*)
Daniel Whiteley (admitted *pro hac vice*)
Jesse T. Clay (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
sfuzesi@wc.com
bgreenblum@wc.com
yyuan@wc.com
dwhiteley@wc.com
jclay@wc.com

David H. Kramer (CA SBN 168452)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 4:21-cv-00229-HSG<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date: January 23, 2025<br>Time:         2:00 p.m.<br>Place:        Courtroom 2<br>Judge:        Hon. Haywood S. Gilliam, Jr. |

|   |   |
|---|---|
| 1 | **NOTICE OF MOTION** |
| 2 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** |

3  **PLEASE TAKE NOTICE** that on January 23, 2025, at 2:00 p.m., or as soon thereafter as
4  this matter may be heard, in Courtroom 2 of this Court, located on the 4th Floor of the United States
5  Courthouse, 1301 Clay Street, Oakland, California, Defendant Google LLC will hereby move the
6  Court for an order granting summary judgment and dismissing the case.

7  This Motion is made pursuant to Federal Rule of Civil Procedure 56 because Google is
8  entitled to judgment as a matter of law on Plaintiff Rumble, Inc.'s claim. The Motion is based upon
9  this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of John E.
10 Schmidtlein and the exhibits submitted herewith; any reply memorandum; the pleadings and files in
11 this action; and such other matters Defendant may present at or before the hearing.

12 DATED:  October 11, 2024                WILLIAMS & CONNOLLY LLP

13                                         By: *John E. Schmidtlein*

14                                         John E. Schmidtlein (CA State Bar No. 163520)
                                           Stephen J. Fuzesi (admitted *pro hac vice*)
15                                         Benjamin M. Greenblum (admitted *pro hac vice*)
                                           Youlin Yuan (admitted *pro hac vice*)
16                                         Daniel Whiteley (admitted *pro hac vice*)
                                           Jesse T. Clay (admitted *pro hac vice*)
17
                                           WILLIAMS & CONNOLLY LLP
18                                         680 Maine Avenue, S.W.
                                           Washington, D.C. 20024
19                                         Telephone:   (202) 434-5000
                                           Facsimile:   (202) 434-5029
20                                         Email:       jschmidtlein@wc.com
                                                        sfuzesi@wc.com
21                                                      bgreenblum@wc.com
                                                        yyuan@wc.com
22                                                      dwhiteley@wc.com
                                                        jclay@wc.com
23
                                           David H. Kramer (CA SBN 168452)
24                                         WILSON SONSINI GOODRICH & ROSATI P.C.
                                           650 Page Mill Road
25                                         Palo Alto, CA 94304
                                           Telephone:   (650) 493-9300
26                                         Facsimile:   (650) 565-5100
                                           Email:       dkramer@wsgr.com
27
                                           *Attorneys for Defendant Google LLC*
28

# CERTIFICATE OF SERVICE

I, John E. Schmidtlein, hereby certify that, on October 11, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record by email.

*John E. Schmidtlein*
John E. Schmidtlein

The accompanying Memorandum of Points and Authorities, Declaration of John E. Schmidtlein, and all exhibits to this Motion have been filed under seal, pursuant to the Court's September 12, 2024 Order (ECF No. 124).