1  Robert W. Dickerson, Jr. (SBN 89367)
   E-mail: rdickerson@comp-techlaw.com
2  Allan W. Jansen (SBN 81992)
   E-mail: ajansen@comp-techlaw.com
3  COMPETITION & TECHNOLOGY LAW GROUP LLP
   11400 West Olympic, Blvd., Suite 200
   Los Angeles, CA 90064
4  Tel: (310) 774-2337
   Fax: (213) 799-3642

5  Nicholas A. Gravante, *Admitted Pro Hac Vice*
   Email: Nicholas.gravente@cwt.com
6  Philip J. Iovieno, *Admitted Pro Hac Vice*
   Email: philip.iovieno@cwt.com
7  Jack G. Stern, *Admitted Pro Hac Vice*
   Email: jack.stern@cwt.com
   Kristen J. McAhren, *Admitted Pro Hac Vice*
8  Email: kristen.mcahren@cwt.com
   CADWALADER, WICKERSHAM & TAFT LLP
9  200 Liberty Street
   New York, NY 10281
10 Tel: (212) 504-6000
   Fax: (212) 504-6666

11 *Attorneys for Rumble Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| RUMBLE INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 21-cv-00229-HSG (LJC) <br><br> **PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS OF JAMES ALLAN, Ph.D.** <br><br> Hearing Date: January 23, 2025 <br> Time: 2 p.m. <br> Place: Courtroom 2 <br> Judge: Hon. Haywood S. Gilliam, Jr. <br><br> **FILED UNDER SEAL** |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:** |
| 2 | **PLEASE TAKE NOTICE** that on January 23, 2025, at 2 p.m., or as soon thereafter as |
| 3 | this matter may be heard in Courtroom 2 of the United States District Court for the Northern |
| 4 | District of California, Oakland Division, located in the United States Courthouse at 1301 Clay |
| 5 | Street, Oakland, California 94612, the Honorable Haywood S. Gilliam presiding, Plaintiff |
| 6 | Rumble Inc. ("Rumble"), by and through its attorneys, will hereby respectfully move the Court, |
| 7 | pursuant to Federal Rules of Evidence 403 and 702, to exclude the following proposed testimony |
| 8 | of Defendant Google, Inc.'s (Google's) expert witness James Allan, Ph.D.: |

(i)  all of his statements made in support of his Opinion #1 in his expert report; and

(ii) all of his statements that are cumulative of or repeat Google witnesses' testimony and documents.

This motion is based upon this notice of motion, the following memorandum of points and authorities, the accompanying declaration of Robert W. Dickerson, Jr. ("Dickerson Decl."), the entire file in this case, arguments of counsel, and such other matters as the Court may consider.

DATED: October 11, 2024             Respectfully submitted,

COMPETITION & TECHNOLOGY LAW GROUP LLP
Robert W. Dickerson, Jr.
Allan W. Jansen

CADWALADER, WICKERSHAM & TAFT, LLP
Nicholas A. Gravante
Philip J. Iovieno
Jack Stern
Kristen J. McAhren

By:   */s/ Robert W. Dickerson, Jr.*
       Attorneys for Plaintiff Rumble Inc.

The remainder filed under seal pursuant to the Court's Order Regarding Case Management (ECF No. 124)