UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 4:21-cv-00229-HSG<br><br>**CASE MANAGEMENT ORDER**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Parties' Joint Stipulation Regarding Case Deadlines (ECF No. 151), the Court hereby **ORDERS** the following:

1. No later than January 10, 2025, the Parties shall file, under seal, a joint-submission that sets forth all sealing requests relating to the reply briefing and exhibits due to be filed on or before December 21, 2024, and any opposition to any such sealing requests. This joint submission shall include the information required by Civil Local Rule 79-5(c).

2. To the extent any non-party seeks to seal its information contained in any reply pleading filed on or before December 21, 2024, it shall file a motion to seal containing the information required by Civil Local Rule 79-5(c) no later than January 10, 2025.

3. No later than January 17, 2025, the Parties shall file redacted versions of the reply pleadings due to be initially filed under seal on or before December 21, 2024, that redact only the information sought to be sealed by a Party or non-party under the procedures set forth above and in the Court's September 12, 2024 Order (ECF No. 124).

4. Other than set forth above, the Court's September 12, 2024 Order (ECF No. 124) remains in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: 11/13/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge