# EXHIBIT A

TO THE DECLARATION OF ROBERT W. DICKERSON, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT IAN LURIE

| | |
|---|---|
| 1 | Robert W. Dickerson, Jr. (SBN 89367)<br>E-mail: rdickerson@comp-techlaw.com |
| 2 | Allan W. Jansen (SBN 81992)<br>E-mail: ajansen@comp-techlaw.com |
| 3 | Ehab M. Samuel (SBN 228296)<br>E-mail: esamuel@comp-techlaw.com |
| 4 | COMPETITION & TECHNOLOGY LAW GROUP LLP<br>11400 West Olympic, Blvd., Suite 200<br>Los Angeles, CA 90064 |
| 5 | Tel: (310) 774-2337<br>Fax: (213) 799-3642 |
| 6 | Nicholas A. Gravante, *Admitted Pro Hac Vice*<br>Email: Nicholas.gravente@cwt.com |
| 7 | Philip J. Iovieno, *Admitted Pro Hac Vice*<br>Email: philip.iovieno@cwt.com |
| 8 | Jack G. Stern, *Admitted Pro Hac Vice*<br>Email: jack.stern@cwt.com |
| 9 | Kristen J. McAhren, *Admitted Pro Hac Vice*<br>Email: kristen.mcahren@cwt.com |
| 10 | CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, NY 10281 |
| 11 | Tel: (212) 504-6000<br>Fax: (212) 504-6666 |
| 12 | *Attorneys for Rumble Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| RUMBLE INC., | | Case No. 21-cv-00229-HSG (LJC) |
| | Plaintiff, | **MANUAL FILING NOTIFICATION RE: EXHIBIT A** |
| v. | | Judge: Hon. Haywood S. Gilliam, Jr. |
| GOOGLE LLC, | | |
| | Defendant. | |

## MANUAL FILING NOTIFICATION

<u>Regarding: Exhibit A to the Declaration of Robert W. Dickerson, Jr. in Support of Plaintiff's Opposition to Defendant's Motion to Exclude the Opinions of Plaintiff's Expert Ian Lurie</u>

Plaintiff Rumble, Inc. is filing the Excel file titled "calculation_validation.xlsx" in physical form only. This file will be maintained on a flash drive in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served via email shortly.

For information on retrieving this file directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled because it is maintained in a file format (Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media) that is not supported by CM/ECF.

DATED: November 20, 2024         Respectfully submitted,

COMPETITION & TECHNOLOGY LAW GROUP LLP
Robert W. Dickerson, Jr.
Allan W. Jansen
Ehab M. Samuel

CADWALADER, WICKERSHAM & TAFT, LLP
Nicolas A. Gravante
Philip J. Iovieno
Jack Stern
Kristen J. McAhren

By:   */s/ Robert W. Dickerson, Jr.*
       Attorneys for Plaintiff Rumble Inc.

**CERTIFICATE OF SERVICE**

I, Robert W. Dickerson, Jr., hereby certify that, on November 20, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

*Robert W. Dickerson, Jr.*
Robert W. Dickerson, Jr.