Defendant Google LLC's Reply in Support of Its Motion to Exclude the Opinions of Plaintiff's Proffered Expert David Gal has been filed under seal, pursuant to the Court's September 12, 2024 Order (ECF No. 124).