1  Robert W. Dickerson, Jr. (CA State Bar No. 89367)
   COMPETITION & TECHNOLOGY LAW GROUP LLP
2  11400 West Olympic Blvd., Suite 200
   Los Angeles, CA  90064
3  Telephone:     (310) 477-2337
   Facsimile:      (213) 799-3642
4  Email:           rdickerson@comp-techlaw.com

5  *Attorney for Plaintiff Rumble, Inc.*

6  *Additional Counsel on Signature Page*

7  John E. Schmidtlein (CA State Bar No. 163520)
   WILLIAMS & CONNOLLY LLP
8  680 Maine Avenue, S.W.
   Washington, DC 20024
9  Telephone:     (202) 434-5000
   Facsimile:      (202) 434-5029
10 Email:           jschmidtlein@wc.com

11 *Attorney for Defendant Google LLC*

12 *Additional Counsel on Signature Page*

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

   OAKLAND DIVISION

| RUMBLE, INC., | Case No. 4:21-cv-00229-HSG (LJC) |
|---|---|
| Plaintiff, | **STIPULATION REGARDING TRIAL SCHEDULE** |
| v. | Judge:     Hon. Haywood S. Gilliam, Jr. |
| GOOGLE LLC, | |
| Defendant. | |

- 1 -

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Rumble, Inc. ("Plaintiff") and Defendant
2  Google LLC ("Defendant") through their respective counsel stipulate as follows:
3  WHEREAS, due to a conflict with the current trial date, the Court directed the Parties to meet
4  and confer and propose a new trial date (ECF No. 206);
5  WHEREAS, the Parties have met and conferred and determined that the summer months
6  present a series of conflicts for counsel, fact witnesses, and expert witnesses;
7  WHEREAS, the Parties also have consulted the Court's scheduling notes relating to
8  availability;
9  WHEREAS, both Parties are generally available from September 29 through October 31, 2025;
10 NOW THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties through their
11 respective counsel hereby jointly stipulate and request that the Court enter an Order resetting the trial
12 date for a date between September 29 and October 31, 2025 that is convenient for the Court and
13 resetting the pre-trial dates accordingly.
14 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|    |                              |                                                                    |
|----|------------------------------|--------------------------------------------------------------------|
| 1  | DATED:  February 21, 2025    | Respectfully submitted,                                            |
| 2  |                              | By: /s/ Robert W. Dickerson, Jr.                                   |

Robert W. Dickerson, Jr. (CA State Bar No. 89367)
Allan W. Jansen (CA State Bar No. 81992)
COMPETITION & TECHNOLOGY LAW GROUP LLP
11400 West Olympic Blvd., Suite 200
Los Angeles, CA  90064
Telephone:       (310) 477-2337
Facsimile:       (213) 799-3642
Email:           rdickerson@comp-techlaw.com
                 ajansen@comp-techlaw.com

Jack G. Stern (admitted *pro hac vice*)
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
Philip J. Iovieno (admitted *pro hac vice*)
Kristen J. McAhren (admitted *pro hac vice*)
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone:       (212) 504-6000
Facsimile:       (212) 504-6666
Email:           jack.stern@cwt.com
                 nicholas.gravante@cwt.com
                 philip.iovieno@cwt.com
                 kristen.mcahren@cwt.com

*Attorneys for Plaintiff Rumble, Inc.*


By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
Stephen J. Fuzesi (admitted *pro hac vice*)
Benjamin M. Greenblum (admitted *pro hac vice*)
Daniel Whiteley (admitted *pro hac vice*)
Jesse T. Clay (admitted *pro hac vice*)

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:       (202) 434-5000
Facsimile:       (202) 434-5029
Email:           jschmidtlein@wc.com
                 sfuzesi@wc.com
                 bgreenblum@wc.com
                 dwhiteley@wc.com
                 jclay@wc.com

David H. Kramer (CA SBN 168452)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        dkramer@wsgr.com

*Attorneys for Defendant Google LLC*

- 4 -

## ATTESTATION

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel of record have concurred in this filing.

/s/ John E. Schmidtlein
John E. Schmidtlein