# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 4:21-cv-00229-HSG (LJC)<br><br>**[PROPOSED] ORDER REGARDING TRIAL SCHEDULE**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

- 1 -

1   Pursuant to the Parties' Joint Stipulation Regarding Trial Schedule (ECF No. 211), the Court
2   hereby ORDERS the following:
3       1. The trial date is reset for [a date between September 29 and October 31, 2025 that is
4          convenient for the Court].
5       2. The pre-trial dates and deadlines set forth in the Court's Civil Pre-Trial and Trial Standing
6          Order are accordingly reset.
7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____              _____
                                     Hon. Haywood S. Gilliam, Jr.
                                     United States District Judge