1    Robert W. Dickerson, Jr. (CA State Bar No. 89367)
COMPETITION & TECHNOLOGY LAW GROUP LLP
2    11400 West Olympic Blvd., Suite 200
Los Angeles, CA  90064
3    Telephone:   (310) 477-2337
Facsimile:    (213) 799-3642
4    Email:        rdickerson@comp-techlaw.com

5    *Attorney for Plaintiff Rumble, Inc.*

6    *Additional Counsel on Signature Page*

7    John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
8    680 Maine Avenue, S.W.
Washington, DC 20024
9    Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029
10    Email:        jschmidtlein@wc.com

11    *Attorney for Defendant Google LLC*

12    *Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC., <br><br>                      Plaintiff,<br><br>             v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 4:21-cv-00229-HSG (LJC)<br><br>**STIPULATION REGARDING TRIAL SCHEDULE**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr. |

- 1 -

1     Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Rumble, Inc. ("Plaintiff") and Defendant Google LLC ("Defendant") through their respective counsel stipulate as follows:

    WHEREAS, due to a conflict with the current trial date, the Court directed the Parties to meet and confer and propose a new trial date no later than August 1, 2025 (ECF Nos. 206, 212);

    WHEREAS, the Parties have met and conferred, and have consulted the Court's scheduling notes relating to availability;

    NOW THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties through their respective counsel hereby jointly stipulate and request that the Court enter an Order resetting the trial date for July 7, 2025, and resetting the pre-trial dates accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | DATED: February 27, 2025 | Respectfully submitted, |
| 2 | | By: /s/ Robert W. Dickerson, Jr. |

Robert W. Dickerson, Jr. (CA State Bar No. 89367)
Allan W. Jansen (CA State Bar No. 81992)
COMPETITION & TECHNOLOGY LAW GROUP LLP
11400 West Olympic Blvd., Suite 200
Los Angeles, CA  90064
Telephone:    (310) 477-2337
Facsimile:    (213) 799-3642
Email:    rdickerson@comp-techlaw.com
          ajansen@comp-techlaw.com

Jack G. Stern (admitted *pro hac vice*)
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
Philip J. Iovieno (admitted *pro hac vice*)
Kristen J. McAhren (admitted *pro hac vice*)
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666
Email:    jack.stern@cwt.com
          nicholas.gravante@cwt.com
          philip.iovieno@cwt.com
          kristen.mcahren@cwt.com

*Attorneys for Plaintiff Rumble, Inc.*


By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
Stephen J. Fuzesi (admitted *pro hac vice*)
Benjamin M. Greenblum (admitted *pro hac vice*)
Daniel Whiteley (admitted *pro hac vice*)
Jesse T. Clay (admitted *pro hac vice*)

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029
Email:    jschmidtlein@wc.com
          sfuzesi@wc.com
          bgreenblum@wc.com
          dwhiteley@wc.com
          jclay@wc.com

- 2 -

STIPULATION REGARDING TRIAL SCHEDULE
Case No. 4:21-cv-00229-HSG (LJC)

|   |   |
|---|---|
| 1 | David H. Kramer (CA SBN 168452) |
| 2 | WILSON SONSINI GOODRICH & ROSATI P.C. |
|   | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
|   | Telephone: (650) 493-9300 |
| 4 | Facsimile: (650) 565-5100 |
|   | Email: dkramer@wsgr.com |

*Attorneys for Defendant Google LLC*

- 4 -

**ATTESTATION**

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel of record have concurred in this filing.

<u>/s/ John E. Schmidtlein</u>
John E. Schmidtlein