UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 4:21-cv-00229-HSG (LJC)<br><br>**[PROPOSED] ORDER REGARDING TRIAL SCHEDULE**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

- 1 -

1    Pursuant to the Parties' Joint Stipulation Regarding Trial Schedule (ECF No. 213), the Court hereby ORDERS the following:

1. The trial date is reset for July 7, 2025.
2. The pre-trial dates and deadlines set forth in the Court's Civil Pre-Trial and Trial Standing Order are accordingly reset.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: _____        _____
                      Hon. Haywood S. Gilliam, Jr.
                      United States District Judge