1
2
3                    **UNITED STATES DISTRICT COURT**
4                    **NORTHERN DISTRICT OF CALIFORNIA**
5                              **OAKLAND DIVISION**
6
7    RUMBLE, INC.,                          Case No. 4:21-cv-00229-HSG
                     Plaintiff,
8                                           **ORDER REGARDING TRIAL SCHEDULE**
                                            **(as modified)**
9            v.
                                            Judge:    Hon. Haywood S. Gilliam, Jr.
10   GOOGLE LLC,
11                   Defendant.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

1    Pursuant to the Parties' Joint Stipulation Regarding Trial Schedule (ECF No. 213), the Court hereby ORDERS the following:

1. The jury trial date is reset for July 7, 2025 at 8:30 a.m.
2. The pre-trial conference is reset for June 24, 2025 at 3:00 p.m.
3. The pre-trial dates and deadlines set forth in the Court's Civil Pre-Trial and Trial Standing Order are accordingly reset.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/4/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge