UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC., <br>     Plaintiff, <br> v. <br> GOOGLE LLC, <br>     Defendant. | Case No. 21-cv-00229-HSG <br><br> **JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 21st day of May, 2025.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.