Robert W. Dickerson, Jr. (SBN 89367)
E-mail: rdickerson@comp-techlaw.com
Allan W. Jansen (SBN 81992)
E-mail: ajansen@comp-techlaw.com
Ehab M. Samuel (SBN 228296)
Email: esamuel@comp-techlaw.com
COMPETITION & TECHNOLOGY LAW GROUP LLP
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel: (310) 774-2337    Fax: (213) 799-3642

Nicholas A. Gravante, Jr., *Admitted Pro Hac Vice*
Email:  Nicholas.gravante@cwt.com
Philip J. Iovieno, *Admitted Pro Hac Vice*
Email: philip.iovieno@cwt.com
Jack G. Stern, *Admitted Pro Hac Vice*
Email: jack.stern@cwt.com
Kristen J. McAhren, *Admitted Pro Hac Vice*
Email: kristen.mcahren@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000    Fax: (212) 504-6666

*Attorneys for Rumble, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RUMBLE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-00229-HSG (LJC)<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO NINTH CIRCUIT COURT OF APPEALS**<br><br>District Court Judge:  Hon. Haywood S. Gilliam, Jr. |

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff Rumble, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's "Order Granting Defendant's Motion for Summary Judgment" entered on May 21, 2025 (Dkt. 231) and the "Judgment" entered on May 21, 2025 (Dkt. 232), Case No. 21-cv-00229-HSG (LJC).

Attached are the completed and signed United States Court of Appeals for the Ninth Circuit Form 1 - Notice of Appeal from a Judgment or Order of a United States District Court, and Form 6 – Representation Statement.

The docketing fee is being paid concurrently with the filing of this Notice of Appeal.

DATED: June 18, 2025                Respectfully submitted,

                                    COMPETITION & TECHNOLOGY LAW GROUP LLP
                                    Robert W. Dickerson, Jr.
                                    Allan W. Jansen
                                    Ehab M. Samuel

                                    CADWALADER, WICKERSHAM & TAFT LLP
                                    Nicholas A. Gravante, Jr.
                                    Philip J. Iovieno
                                    Jack G. Stern
                                    Kristen J. McAhren

                        By:    */s/ Robert W. Dickerson, Jr.*
                               Robert W. Dickerson, Jr.
                               Attorneys for Plaintiff Rumble, Inc.

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | NORTHERN CALIFORNIA |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 21-cv-00229-HSG |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | JANUARY 11, 2021 |

Date of judgment or order you are appealing: | MAY 21, 2025 |

Docket entry number of judgment or order you are appealing: | 231 and 232 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff RUMBLE, INC.

Is this a cross-appeal? ○ Yes  ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /Robert W. Dickerson, Jr./ |   **Date** | June 18, 2025 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| Plaintiff RUMBLE, INC. |

Name(s) of counsel (if any):
| See Attachment |

Address: | See Attachment |
Telephone number(s): | See Attachment |
Email(s): | See Attachment |

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| Defendant GOOGLE LLC |

Name(s) of counsel (if any):
| See Attachment |

Address: | See Attachment |
Telephone number(s): | See Attachment |
Email(s): | See Attachment |

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                     1                              New 12/01/2018

Attachment to Form 6:  **Representation Statement**

**<u>Appellant(s):</u>**

*Name(s) of party/parties:*  Plaintiff **RUMBLE, INC.**

*Name(s) of counsel (if any)*:

Robert W. Dickerson, Jr.
E-mail: rdickerson@comp-techlaw.com
Allan W. Jansen
E-mail: ajansen@comp-techlaw.com
Ehab M. Samuel
Email: esamuel@comp-techlaw.com
COMPETITION & TECHNOLOGY LAW GROUP LLP
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel: (213) 610-1676 and (310) 774-2337
Fax: (213) 799-3642

Nicholas A. Gravante, Jr.
Email:  Nicholas.gravante@cwt.com
Philip J. Iovieno
Email: philip.iovieno@cwt.com
Jack G. Stern
Email: jack.stern@cwt.com
Kristen J. McAhren
Email: kristen.mcahren@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Attachment to Form 6: **Representation Statement**

**Appellee(s):**

*Name(s) of party/parties:* Defendant GOOGLE LLC

*Name(s) of counsel (if any)*:

John E. Schmidtlein
Email: jschmidtlein@wc.com
Stephen J. Fuzesi
Email: sfuzesi@wc.com
Benjamin M. Greenblum
Email: bgreenblum@wc.com
Edward John Bennett
Email: ebennett@wc.com
Daniel Whiteley
Email: dwhiteley@wc.com
Jesse T. Clay
Email:  jclay@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W
Washington, D.C. 20024
Tel:   (202) 434-5000
Fax:  (202) 434-5029

David H. Kramer
Email: dkramer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 493-9300
Fax:  (650) 565-5100

**PROOF OF SERVICE**

I, Robert W. Dickerson, Jr., hereby certify that on June 18, 2025 a copy of the foregoing document and attachments were served on all counsel of record in this matter via ECF.

June 18, 2025                                  */Robert W. Dickerson, Jr./*
                                               Robert W. Dickerson, Jr.
                                               Counsel for Plaintiff Rumble, Inc.