# Exhibit A

John E. Schmidtlein (CA SBN 163520)
Edward J. Bennett (admitted *pro hac vice*)
Stephen J. Fuzesi (admitted *pro hac vice*)
Daniel Whiteley (admitted *pro hac vice*)
Jesse T. Clay (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029
Email:        jschmidtlein@wc.com
              ebennett@wc.com
              sfuzesi@wc.com
              dwhiteley@wc.com
              jclay@wc.com

David H. Kramer (CA SBN 168452)
WILSON SONSINI GOODRICH &
ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:        dkramer@wsgr.com

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RUMBLE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 4:21-cv-00229-HSG<br><br>**DECLARATION OF CASSANDRA KNIGHT** |

I, Cassandra Knight, declare as follows:

1. I am employed by Google LLC as a Vice President for Legal, Litigation, and Discovery. Google has more than 180,000 employees, and it has a large in-house legal department with over 1,000 legal team members. I supervise a group within the legal department that includes over 200 legal team members. The attorneys in my group oversee hundreds of matters across the United States and overseas at any given time.

2. I am not responsible for the day-to-day management of each lawsuit in which Google is a party. Depending on the nature of the case, I can become substantively involved in assisting counsel in particular lawsuits involving Google, but such lawsuits comprise a small percentage of all litigation in which Google is a party.

3. I have not been involved in directing or otherwise assisting in any capacity Google's defense in the Rumble, Inc. v. Google LLC lawsuit (N.D. Cal. Case No. 4:21-cv-00229), a case that was filed over a year-and-a-half before I began working at Google. I have not attended any court hearings or depositions in this matter, entered an appearance in the case, met with any witnesses relating to the matter, or reviewed any pleadings before they were filed with the Court. I have not discussed case strategy concerning the matter with in-house or external counsel; indeed, I have not discussed this case with outside counsel at all. In short, this matter has been handled by other attorneys within Google's legal department.

4. I have never discussed any Google litigation with Judge Haywood Gilliam, Jr., including but not limited to any case involving Google that has been assigned to Judge Gilliam, such as the present case.

- 1 -

1   I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct.

2

3   Executed on this 21st day of November 2025, in San Francisco, California.

4

5

6                                          Cassandra Knight

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 2 -

1

## <u>CERTIFICATE OF SERVICE</u>

2

       I, John E. Schmidtlein, hereby certify that, on November 21, 2025, I caused a true and correct

3

copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

4

5

6

                                            *John E. Schmidtlein*
                                            John E. Schmidtlein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28